**IN THE UNITED STATES DISTRICT COURT**
IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
-EASTERN DIVISION-

AMERICAN ENERGY - UTICA, LLC,

        Plaintiff,

v.                                    CASE NO. 2:14cv1449
                                    Judge Sargus
                                    Magistrate Judge Deavers

GENO MORELLI & SONS, INC.,        AGREED DISMISSAL ORDER
        Defendant.

        This day came Plaintiff American Energy – Utica, LLC, along with Defendant Geno Morelli & Sons, Inc., and jointly advised the Court that all matters in controversy among and between them, as well as all claims asserted or which could have been asserted arising out of the subject matter of the Verified Complaint, have been amicably settled and resolved. Thereupon, the parties jointly requested the Court for dismissal of this entire action, with prejudice, except that they requested the Court to retain continuing jurisdiction over the action to the extent necessary to enforce their agreement in the future in accordance with *Kokkonen v. Guardian Life Insurance Company of America*, 511 U.S. 375, 381, 114 S. Ct. 1673, 128 L. Ed. 2d 391 (1994); *see also Williamson v. Recovery Ltd. Partnership*, 2009 WL 649841 (S.D.Ohio).

        There being no objection to said joint request and this Court perceiving none, it is hereby **ORDERED** that the claims are and the entire civil action is **DISMISSED WITH PREJUDICE** and removed from the docket of the Court, EXCEPT that this court retains continuing jurisdiction over this action to the extent necessary to enforce the parties' settlement agreement in the future in accordance with *KOKKONEN V. GUARDIAN LIFE INSURANCE COMPANY OF AMERICA*, 511 U.S. 375, 381, 114 S. CT. 1673, 128 L. ED. 2D 391 (1994). The parties are to bear their own respective costs incurred.

ENTER: 9-30-2014

Edmund A. Sargus, Jr., Judge
District Court, Southern District of Ohio

Jointly submitted by:

/s/ Karen Kahle
Karen Kahle
J. Kevin West
*Counsel for Plaintiff*

-and-

/s/ Craig Wilson
Craig Wilson
Beatrice Wolper
Vladimir Belo
Karen Hockstad
*Counsel for Defendant*

CL4986710                              2